**2016-1077**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

INTELLECTUAL VENTURES I, LLC, ET AL.,

*Appellants*,

v.

CAPITAL ONE FINANCIAL CORP. ET AL,

*Appellees*.

Appeal from the United States District Court
for the District of Maryland,
In Civil Action No. 14-cv-111,
Judge Paul W. Grimm, Presiding

**APPELLANTS' MOTION FOR AN EXTENSION
OF TIME TO FILE APPELLANTS' OPENING BRIEF**

| | |
|---|---|
| Elizabeth Day | Thomas C. Goldstein |
| Marc Belloli | Eric F. Citron |
| FEINBERG DAY ALBERTI &THOMPSON, LLP | GOLDSTEIN & RUSSELL, P.C. |
| eday@feinday.com | 7475 Wisconsin Ave., Suite 850 |
| mbelloli@feinday.com | Bethesda, MD  20814 |
| 1600 El Camino Real, Suite 280 | tg@goldsteinrussell.com |
| Menlo Park, CA 94025 | Phone: 202-362-0636 |
| 650-618-4360 | Fax: 866-574-2033 |
| | *Counsel for Appellee, Intellectual Ventures I, LLC and Intellectual Ventures II, LLC* |

Pursuant to Federal Circuit Rule 26(b), Appellants Intellectual Ventures I, LLC and Intellectual Ventures II, LLC ("Intellectual Ventures") respectfully move for a 30-day extension of the due date for its opening brief from December 14, 2015, to January 13, 2016. Intellectual Ventures has not previously moved for any extension of time in this appeal. Intellectual Ventures conferred with Appellees Capital One Financial Corp., et al., ("Capital One"), and Capital One does not oppose this motion.

Good cause exists to grant the requested extension, as set forth herein and in the accompanying affidavit required by Federal Circuit Rule 26(b)(5). First, there is a pending motion in the United States District Court for the District of Maryland that might reduce the issues on appeal. The scope of this appeal currently concerns four patents, including U.S. Patent Nos. 6,715,084 and 6,314,409. Those two patents are also asserted in a matter before the United States District Court for the Southern District of New York, but that matter is not final and not yet ripe for appellate review. *See Intellectual Ventures II, LLC v. J.P. Morgan Chase & Co.*, et al., No. 13-cv-3777 (S.D.N.Y.) ("JPMC Matter"). In particular, on April 28, 2015, the Southern District of New York found that the '084 and the '409 patents were ineligible pursuant to Section 101, but it did not enter final judgment because other patents are still being asserted in that case. Belloli Decl., ¶¶ 2-4. On September 8, 2015, the Maryland District Court, however, did enter final judgment on those two

patents based on collateral estoppel of the Southern District of New York's Order. Belloli Decl. ¶¶ 4, 5. Therefore, this appeal currently includes the issue of whether the Maryland Court properly entered judgment based on collateral estoppel, but the ultimate issue to be decided is whether these patents are eligible under Section 101. Because that issue cannot be decided until after the JPMC Matter is resolved, Intellectual Ventures has filed a motion asking the Maryland Court to vacate judgment as to the '084 and '409 patents pursuant to Federal Rule of Civil Procedure 60(b)(6). Belloli Decl., ¶ 7. If the Maryland Court grants the motion, it will effectively stay any appeal of those patents until final judgment has been reached in both venues, thus preserving judicial economy and litigation efficiency for this Court and for the parties. Briefing will be complete by the middle of December. Belloli Decl., ¶ 8. Intellectual Ventures hopes that a decision will be reached before January 13, 2016.

Further, there is another pending appeal involving a third patent, U.S. Patent No. 6,546,002. *See Intellectual Ventures I, LLC et al. v. Erie Indemnity Company*, et al., No. 16-1128. That case is a companion case to this appeal. D.I. 17. The Court has granted an extension for Intellectual Ventures to file its initial brief until January 27, 2016, in the *Erie Indemnity* matter. *See Intellectual Ventures I, LLC et al. v. Erie Indemnity Company*, et al., No. 16-1128, D.I. 25 (Fed. Cir. November 17, 2015). Because these companion cases involve the same issues as to the '002

patent, a brief extension that brings the timing of the briefs closer together may help promote judicial efficiency for the Court.

Appellee Capital One will not be prejudiced by a modest 30-day extension and does not oppose this request.

For the forgoing reasons, Appellants ask the Court to grant the requested 30-day extension of time and order that the Appellants' Principal Brief be due on January 13, 2016.

Dated: December 1, 2015

                                              Respectfully submitted,

                                              /s/ Marc Belloli

                                              Elizabeth Day
                                              Marc Belloli
                                              FEINBERG DAY ALBERTI
                                              &THOMPSON, LLP
                                              eday@feinday.com
                                              mbelloli@feinday.com
                                              1600 El Camino Real, Suite 280
                                              Menlo Park, CA 94025 650-618-4360

                                              Thomas C. Goldstein
                                              Eric F. Citron
                                              GOLDSTEIN & RUSSELL, P.C.
                                              7475 Wisconsin Ave., Suite 850
                                              Bethesda, MD  20814
                                              tg@goldsteinrussell.com
                                              Phone: 202-362-0636

Fax: 866-574-2033

*Counsel for Appellee, Intellectual Ventures I, LLC and Intellectual Ventures II, LLC*

# CERTIFICATE OF INTEREST

Counsel for the Appellants <u>Marc Belloli</u> certifies the following:

1.    The full name of every party or amicus represented by me is:

Intellectual Ventures I, LLC and Intellectual Ventures II, LLC

2.    The name of the real party in interest (if the party named in the caption is not the real party of interest) represented by me is:

None.

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus represented by me are:

None.

4.    The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

FEINBERG DAY ALBERTI &THOMPSON, LLP:
    Ian Feinberg
    Elizabeth Day
    David Alberti
    Clayton Thompson
    Marc Belloli
    Sal Lim
    Yakov Zolotorev
    Nickolas Bohl
    Jeremiah Armstrong
    Vinay Malik

FUNK AND BOLTON PA:
    Bryan D. Bolton
    Michael Edward McCabe, Jr.


GOLDSTEIN & RUSSELL, P.C.:
    Thomas C. Goldstein
    Eric F. Citron

FREITAS ANGELL AND WEINBERG LLP
    Robert E Freitas
    Daniel J Weinberg
    Rachel B Kinney

LIEFF CABRASER HEIMANN AND BERNSTEIN LLP
    David Taylor Rudolph
    Eric B Fastiff
    Patricia Ann Dyck

INTELLECTUAL VENTURES II, LLC:
    Donald J. Coulman


Dated: December 1, 2015

/s/ Marc Belloli

Elizabeth Day
Marc Belloli
Feinberg Day Alberti &Thompson, LLP
eday@feinday.com
mbelloli@feinday.com
1600 El Camino Real, Suite 280
Menlo Park, CA 94025 650-618-4360

Thomas C. Goldstein
Eric F. Citron
Goldstein & Russell, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD  20814
tg@goldsteinrussell.com
Phone: 202-362-0636
Fax: 866-574-2033

*Counsel for Appellee, Intellectual Ventures I, LLC and Intellectual*

2

_____
*Ventures II, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2015, I electronically filed Appellants' Motion for an Extension of Time to File its Opening Brief and the Declaration of Marc Belloli in support of Appellants' Motion with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.


Dated: December 1, 2015          /s/ Marc Belloli
                                 Marc Belloli